Paulo FREYESLEBEN,
Plaintiff–Appellant,

v.

COUNTY OF FAIRFAX; J. Thomas
Manger, Chief of Police, Fairfax
County Police Department; Audrey
M. Slyman, Captain, Fairfax County
Police Department, Defendants–Ap-
pellees.

No. 00–2025.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2001.

Decided Jan. 26, 2001.

Richard E. Gardiner, Fairfax, VA, for
appellant. David P. Bobzien, County At-
torney, Robert Lyndon Howell, Deputy
County Attorney, Ann Gouldin Killalea,
Assistant County Attorney, Fairfax, VA,
for appellees.

Before WIDENER, WILLIAMS, and
MOTZ, Circuit Judges.

OPINION

PER CURIAM.

Paulo Freyesleben filed this action un-
der 42 U.S.C.A. § 1983 (West Supp. 2000),
asserting that his termination from em-
ployment as a police officer for the County
of Fairfax, Virginia, violated his First
Amendment rights of belief and associa-
tion. The district court granted the defen-
dants' motion to dismiss or for summary
judgment, and Freyesleben appeals.

We agree with the district court
that the facts as asserted by Freyesleben
do not support the claim that his constitu-
tionally protected right of association was
violated. The association in question
clearly was not one of an intimate and thus
protected nature, *see Roberts v. United
States Jaycees,* 468 U.S. 609, 619, 104 S.Ct.

3244, 82 L.Ed.2d 462 (1984); nor was the association for an expressive purpose protected by the First Amendment. *Id.* at 622. Contrary to Freyesleben's assertion in his reply brief, the Constitution does not recognize a general right of social association. *See City of Dallas v. Stanglin,* 490 U.S. 19, 25, 109 S.Ct. 1591, 104 L.Ed.2d 18 (1989). The freedom of belief Freyesleben asserts is essentially his belief that his conduct was appropriate. This assertion entitles him to no relief.

Therefore, we affirm the judgment of the district court. We grant Freyesleben's motions to file a supplemental appendix and to file additional materials. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*